

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00509-CR

Sergio  Cuellar
v.
The State of Texas

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Cause No. L-12-0059-CR-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes the appeal should be dismissed.  The Court orders the appeal

DISMISSED in accordance with its opinion.

We further order this decision certified below for observance.

January 15, 2015